UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **z4 Technologies, Inc.,** )<br>)<br>*Plaintiff*, )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>**Microsoft Corporation and** )<br>**Autodesk, Inc.** )<br>)<br>*Defendants*. )<br>) | HONORABLE <u>Leonard Davis</u><br><br>CIVIL ACTION NO. <u>6:06-cv-00258</u><br><br><br>***JURY TRIAL DEMANDED*** |

## z4's OPPOSITION TO DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Defendants assert their motion to stay should be granted because *z4 I* will be reversed or at best partially affirmed.[1] (Defendants' Brief at 1, 2.) Implicitly, defendants assert that a stay postpones the inevitable because the jury and the Court got *z4 I* wrong. Defendants' self-proclamation of victory on appeal is not a basis to stay the present case.

In addition, Microsoft has asserted that it will have new versions of the adjudicated products on the market as early as October 2006 that do not infringe z4's patents.[2] In light of this representation, z4 believes no stay is necessary during the short time before

---

[1] For all their bravado, defendants have not yet appealed *z4 I*. Accordingly, as of right now, the chances of defendants winning on appeal are zero.

[2] "The next generation releases of Microsoft Windows® and Microsoft Office® software — Windows Vista (2007) and Office 2007 (October 2006) — will have removed the allegedly infringing technology completely." (Doc. No. 347, p. 1.)

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel  (248) 358-4400
Fax  (248) 358-3351

www.brookskushman.com

Microsoft releases its new versions. As soon as the new versions are released, z4 can determine whether they continue to infringe the z4 patents.

Accordingly, z4 asks the Court to deny defendants' motion to stay this lawsuit.

Date: **September 6, 2006**      By:  /s/ Thomas A. Lewry
                                              ERNIE L. BROOKS (MI Bar No. P22875)
                                               **Lead Attorney**
                                              THOMAS A. LEWRY (MI Bar No. P36399)
                                              **BROOKS KUSHMAN P.C.**
                                              1000 Town Center, Twenty-Second Floor
                                              Southfield, Michigan 48075-1238
                                              Tel:  (248) 358-4400
                                              Fax:  (248) 358-3351
                                              Email:  ebrooks@brookskushman.com
                                                        tlewry@brookskushman.com

                                              T. John Ward (State Bar No. 00794818)
                                              Law Office of T. John Ward, Jr. P.C.
                                              P.O. Box 1231
                                              Longview, Texas 75606-1231
                                              Email: jw@jwfirm.com

                                              Joe Kendall (Texas State Bar No. 11260700)
                                              Provost Umphrey, L.L.P.
                                              3232 McKinney Avenue, Suite 700
                                              Dallas, TX  75204
                                              Email: jkendall@provostumphrey.com

                                                        *Attorneys for Plaintiff*



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel   (248) 358-4400
Fax  (248) 358-3351

www.brookskushman.com

## CERTIFICATE OF ELECTRONIC SERVICE

      I hereby certify that on September 6, 2006, I electronically filed the foregoing **z4's OPPOSITION TO DEFENDANTS' MOTION FOR STAY PENDING APPEAL** with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing: Jennifer Parker Ainsworth, Cindy Marie Allen, Frank A. Angileri, Matthew C. Bernstein, Ernie L. Brooks, John A. Dragseth, Isabella Fu, Allen Franklin Gardner, John E. Gartman, Michael Edwin Jones, Elton Joe Kendall, John S. LeRoy, Thomas A. Lewry, John E. Nemazi, Robert M. Parker, Seth M. Sproul, Robert C.J. Tuttle, Thomas J. Ward, Jr.  I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:

John M. Bustamante
Fish & Richardson - Austin
111 Congress Ave., Suite 810
Austin, TX 78701

      An additional copy has been sent via overnight mail to:

Seth M. Sproul
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070

                                      Respectfully submitted,

                                By:  /s/   Thomas A. Lewry
                                  ERNIE L. BROOKS (MI Bar No. P22875)
                                  **Lead Attorney**
                                THOMAS A. LEWRY (MI Bar No. P36399)
                                **BROOKS KUSHMAN P.C.**
                                1000 Town Center
                                Twenty-Second Floor
                                Southfield, Michigan 48075-1238
                                Tel:  (248) 358-4400
                                Fax:  (248) 358-3351
                                Email:  ebrooks@brookskushman.com
                                            tlewry@brookskushman.com



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel   (248) 358-4400
Fax  (248) 358-3351

www.brookskushman.com