# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **z4 Technologies, Inc.,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | HONORABLE <u>Leonard Davis</u> | |
| vs. § | | |
| § | CIVIL ACTION NO. <u>6:06-cv-00258</u> | |
| § | | |
| **Microsoft Corporation** § | | |
| § | | |
| *Defendants.* § | ***JURY TRIAL DEMANDED*** | |

## JOINT MOTION TO CONTINUE DEADLINES AND HEARINGS

COME NOW Plaintiff and Defendant in the above entitled action and jointly move the Court to continue all deadlines and all hearing dates by not more than 15 days, and in support thereof would show the Court as follows:

The parties have reached a settlement in principle that will resolve all outstanding litigation and request the above-referenced extension in order to permit the parties to finalize settlement documents. The deadlines and hearing dates that would be effected by this stay are as follows:

| Current Deadline | Description | New Deadline |
|---|---|---|
| April 15, 2008 | Summary judgment responses are due.<br><br>Any party seeking to file an expert report must file a motion seeking leave of Court by this date. | April 30, 2008 |
| April 22, 2008 | Summary judgment replies are due. | May 7, 2008 |
| April 29, 2008 | Summary judgment sur-replies are due. | May 14, 2008 |

| May 1, 2008 | Hearing on all pending motions for summary judgment. | May 16, 2008 or after as the Court's schedule permits |

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court to continue all deadlines and hearing dates as stated above.

Respectfully submitted,

| | |
|---|---|
| /s/ John Ward, Jr.<br>T. John Ward, Jr. (State Bar No. 00794818)<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>Longview, Texas 75606-1231<br>Email: jw@jwfirm.com<br><br><br>THOMAS A. LEWRY (MI Bar No. 36399)<br>**Lead Attorney**<br>**BROOKS KUSHMAN P.C.**<br>1000 Town Center<br>Twenty-Second Floor<br>Southfield, Michigan 48075-1238<br>Tel: (248) 358-4400<br>Fax: (248) 358-3351<br>Email: tlewry@brookskushman.com<br><br><br>Joe Kendall (Texas State Bar No. 11260700)<br>Provost Umphrey, L.L.P.<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>Email: jkendall@provostumphrey.com<br><br>*Attorneys for Plaintiff* | /s/ Robert L. Rickman *(w/permission TJWJr)*<br>Ruffin B. Cordell<br>Texas Bar No. 04820550<br>cordell@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, 11th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Robert L. Rickman<br>Texas Bar No.: 24013400<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Fax: (214) 747-2091<br>E-mail: rickman@fr.com<br><br>John E. Gartman (CA SBN 152300)<br>**Lead Attorney**<br>Matthew C. Bernstein (CA SBN 199240)<br>Seth M. Sproul (CA SBN 215919)<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, California 92130<br>Tel: (858) 678-5070<br>Fax: (858) 678-5099<br><br>Jennifer P. Ainsworth<br>WILSON SHEEHY KNOWLES<br>ROBERTSON & CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>Tyler, Texas 75701<br>Tel: (903) 509-5000<br>Fax: (903) 509-5091<br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 15th day of April, 2008.

/s/ John Ward, Jr.
T. John Ward, Jr.